Certificate Number: 05781-ILS-DE-041176828

Bankruptcy Case Number: 26-30535



05781-ILS-DE-041176828

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2026, at 10:22 o'clock AM PDT, Wyndi Allen-Todd completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Illinois.

Date:   July 7, 2026                          By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President